Same case below, 63 App. Div. 3d 612, 882 N.Y.S.2d 66.

**No. 09-8947. Alice Richards-Johnson, Petitioner v. American Express.**

559 U.S. 1051, 130 S. Ct. 2347, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 3079, █

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-8952. Emilio Jesus Nunez, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1052, 130 S. Ct. 2348, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 3098, █

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 338 Fed. Appx. 793.

**No. 09-8953. Oscar Alberto Parada, Petitioner v. California.**

559 U.S. 1052, 130 S. Ct. 2348, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 2991.

April 5, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-8955. Dickie Crawley, Petitioner v. Ohio.**

559 U.S. 1052, 130 S. Ct. 2348, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 3048.

April 5, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.

**No. 09-8956. Joseph Barragan Campa, Petitioner v. Texas.**

559 U.S. 1052, 130 S. Ct. 2348, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 3056.

April 5, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 09-8960. Geraldo C. Bascomb, II, Petitioner v. Larry A. Small, Warden.**

559 U.S. 1052, 130 S. Ct. 2349, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 3041.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8961. Thomas James Roberts, Petitioner v. Billy Mitchem, Warden, et al.**

559 U.S. 1052, 130 S. Ct. 2349, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 2968.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8965. Joseph D. Thornblad, Petitioner v. Robin Christopher Vue-Benson, et al.**

559 U.S. 1052, 130 S. Ct. 2349, 176 L. Ed. 2d 567, 2010 U.S. LEXIS 3085.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.